## PALMETTO PHARMACEUTICALS LLC, Plaintiff-Appellant

v.

## ASTRAZENECA PHARMACEUTICALS LP, Defendant-Cross-Appellant

### 2016-1455
### 2016-1501

United States Court of Appeals, Federal Circuit.

December 9, 2016

JOHN PAUL ISACSON, Perkins Coie, LLP, Washington, DC, argued for plaintiff-appellant. Also represented BY COLIN GENE SANDERCOCK; DAVID J. HARTH, DAVID R. PEKAREK KROHN, JOHN SINGLETON SKILTON, Madison, WI; DAN L. BAGATELL, Hanover, NH.

CHRISTOPHER NEIL SIPES, Covington & Burling LLP, Washington, DC, argued for defendant-cross-appellant. Also represented by STEPHEN PIERCE ANTHONY, ISAAC CHAIM BELFER, ROBERT JASON FOWLER.

(Moore, Wallach, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**